**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SAVE OUR SPRINGS ALLIANCE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Civil Action No. A-05-CV-683-SS |
| § | |
| DIRK KEMPTHORNE, Secretary of the § | |
| United States Department of the Interior, et al. § | |
| § | |
| Defendants. § | |

**AMICUS CURIAE'S MOTION FOR LEAVE**
**TO PARTICIPATE IN ORAL ARGUMENT**

The Home Builders Association of Greater Austin ("HBA"), the Real Estate Council of Austin ("RECA"), the Real Estate Council of San Antonio ("RECSA") and the Greater San Antonio Builders Association ("GSABA") (collectively "Amici") file this Motion for Leave to Participate in Oral Argument. The Court is scheduled to hold a hearing on the pending motions for summary judgment in this case on 8 December 2006 at 2:00 p.m. As explained below, Amici are asking only for limited participation, and would like to address the Court for five to ten minutes.

In further support of its motion, Amici shows the Court the following:

In their brief dated 25 September 2006 [Docket No. 49], Amici sought to provide the Court with the perspective of the regulated community in this case. Based on the Plaintiff's Motion for Summary Judgment and subsequent replies, Amici respectfully suggest that they remain in a unique position to provide the Court with background and perspective on how the Endangered Species Act ("ESA") and the Texas Commission on Environmental Quality's ("TCEQ") Edwards

Aquifer Rules operate to regulate development in the Edwards Aquifer region. Accordingly, Amici request the opportunity to briefly address the issues and to answer whatever questions the Court may have.

## CERTIFICATE OF CONFERENCE

On the 7th day of December, 2006 Amici conferred with counsel for Plaintiff and Defendants pursuant to Local Rule CV-7(h). Defendants do not object to Amici's Motion. Plaintiff advised Amici that it will oppose the Motion.

## CONCLUSION

For the foregoing reasons, Amici respectfully request that this Court grant Home Builders Association of Greater Austin, Real Estate Council of Austin, Real Estate Council of San Antonio and the Greater San Antonio Builders Association's request for limited participation in oral argument on the pending motions for summary judgment.

DATED this 7th day of December 2006

Respectfully Submitted:

SMITH, ROBERTSON, ELLIOTT, GLEN, KLEIN & BELL, L.L.P.

By: *[signature: Craig M. Douglas]*

**Craig M. Douglas**
    Texas State Bar No. 24003635
221 West Sixth Street, Suite 1100
Austin, TX 78701
Telephone:    (512) 225-5800
Facsimile:    (512) 225-5838

ATTORNEYS FOR HOME BUILDERS ASSOCIATION OF GREATER AUSTIN, REAL ESTATE COUNCIL OF AUSTIN, REAL ESTATE COUNCIL OF SAN ANTONIO AND GREATER SAN ANTONIO BUILDERS ASSOCIATION

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the attached Motion to Seek Leave for Oral Argument has on this 7th day of December, 2006 been served pursuant to the Federal Rules of Civil Procedure, in the manner indicated below, to the following:

**VIA REGULAR U.S. MAIL AND FAX:**
Bradley Rockwell
William Bunch
Dan L. Gildor
221 E. 9th Street, Suite 300
Austin, Texas  78701
Fax: (512) 477-6410
Attorneys for Save Our Springs Alliance

**VIA REGULAR U.S. MAIL AND FAX:**
Jimmy A. Rodriguez
U.S. Department of Justice
P.O. Box 7369
Washington, DC  20044-7369
Fax: (202) 305-0342

*Craig M. Douglas*

Craig M. Douglas